United States District Court
Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    USA,                                  Case No. 21-mj-71898-MAG-1  (JCS)
                        Plaintiff,
8                                          Charging District's Case No.
9              v.                          5:16-cr-1187
10   JOSE AMILCAR CONTRERAS-
     MONTERROSO,
11                      Defendant.
12                    **COMMITMENT TO ANOTHER DISTRICT**
13         The defendant has been ordered to appear in the Southern District of Texas
14   The defendant may need an interpreter for this language: Spanish.
15         The defendant:         (  ) will retain an attorney.
16                                (X) is requesting court-appointed counsel.
17         The defendant remains in custody after the initial appearance.
18         **IT IS ORDERED:**  The United States Marshal must transport the defendant, together with
19   a copy of this order, to the charging district and deliver the defendant to the United States Marshal
20   for that district, or to another officer authorized to receive the defendant.  The Marshal or officer
21   of the charging district should immediately notify the United States Attorney and the Clerk of the
22   Clerk for that district of the defendant's arrival so that further proceedings may be promptly
23   scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the
24   charging district.
25   Dated: December 7, 2021
26                                         _____
                                           JOSEPH C. SPERO
27                                         United States Chief Magistrate Judge
28